DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SJON JONES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2022-3184

[March 20, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Peter Holden, Judge; L.T. Case No. 20005656CF10A.

Carey Haughwout, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Deborah Koenig, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Appellant appeals his convictions and sentence for one count of felony battery and one count of resisting an officer without violence. We reverse appellant's sentence and remand for resentencing based on the state's concession that appellant's scoresheet improperly scored four points for victim injury after the jury specifically found that appellant had not intentionally caused bodily harm to another. We affirm as to all other issues. *See Guzman v. State,* 350 So. 3d 72, 73 (Fla. 4th DCA 2022), *review denied,* No. SC22-1597, 2023 WL 3830251 (Fla. June 6, 2023), *cert. pending,* No. 23-5173 (U.S. July 21, 2023).

*Affirmed in part, reversed in part, and remanded for resentencing.*

GROSS, GERBER and CONNER, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***